## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS, and ILLINOIS CREDIT UNION LEAGUE, | Case No. 1:24-cv-07307 |
| *Plaintiffs*, | Hon. Virginia M. Kendall |
| v. | |
| KWAME RAOUL, in his official capacity as Illinois Attorney General, | |
| *Defendant*. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A 20-PAGE REPLY IN SUPPORT OF THEIR MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs Illinois Bankers Association ("IBA"), American Bankers Association ("ABA"), America's Credit Unions ("ACU"), and Illinois Credit Union League ("ICUL"), by and through their attorneys, respectfully submit this unopposed motion for leave to file a 20-page reply in support of Plaintiffs' Motion for a Preliminary Injunction, which is due on October 11, 2024. In support of this motion, Plaintiffs state as follows:

1.     On August 20, 2024, Plaintiffs filed a Motion for a Preliminary Injunction seeking to enjoin Defendant Kwame Raoul, in his official capacity as Illinois Attorney General, from enforcing the IFPA as to any "issuer," "payment card network," "acquirer bank," "processor," or "other designated entity," *see* 815 ILCS 151/150-10(a), 150-15(a), as well as any other participants in the payment system needed to afford complete relief while this case is pending (Dckt. No. 15).

2.     On August 21, 2024, Plaintiffs filed a 40-page memorandum in support of their Motion for a Preliminary Injunction with the Court's leave and without opposition by Defendant (Dckt. No. 24).

3.      On October 4, 2024, Defendant filed a 40-page combined memorandum in opposition to Plaintiffs' Motion for a Preliminary Injunction and in support of Defendant's Motion to Dismiss with the Court's leave and without opposition by Plaintiffs (Dckt. No. 76).

4.      After reviewing Defendant's opposition brief, Plaintiffs believe that a combined reply in support of Plaintiffs' Motion for a Preliminary Injunction and in opposition to Defendant's Motion to Dismiss of twenty (20) pages is necessary to respond to Defendant's arguments.  If this motion is granted, Plaintiffs' twenty (20) page combined memorandum will include a table of contents and table of cases as required by Local Rule 7.1.

5.      On October 7, 2024, Plaintiffs' counsel conferred with Defendant's counsel regarding this motion for leave to file excess pages.  Defendant's counsel informed Plaintiffs' counsel that it does not oppose this motion.

WHEREFORE, for the above-described reasons, Plaintiffs IBA, ABA, ACU, and ICUL respectfully request that the Court grant their unopposed motion for leave to file a 20-page reply in support of Plaintiffs' Motion for a Preliminary Injunction.

Dated: October 7, 2024

Respectfully submitted,

/s/ *Bethany K. Biesenthal*

Carolyn Settanni (*pro hac vice*)
ILLINOIS BANKERS ASSOCIATION
194 East Delaware Place, Ste. 500
Chicago, IL 60611
Telephone: +1.312.453.0167
csettanni@illinois.bank

Bethany K. Biesenthal (N.D. Ill. 6282529)
Shea F. Spreyer (N.D. Ill. 6335869)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
bbiesenthal@jonesday.com
sfspreyer@jonesday.com

Thomas Pinder (*pro hac vice*)
Andrew Doersam (*pro hac vice*)
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave NW
Washington, DC 20036
Telephone: +1.202.663.5035
TPinder@aba.com
adoersam@aba.com

Charlotte H. Taylor (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Ann C. Petros (*pro hac vice*)
Carrie R. Hunt (*pro hac vice*)
AMERICA'S CREDIT UNIONS
4703 Madison Yards Way, Suite 300
Madison, WI 53705
Telephone: +1.703.581.4254
APetros@americascreditunions.org
chunt@americascreditunions.org

Matthew J. Rubenstein (*pro hac vice*)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: +1.612.217.8800
Facsimile: +1.844.345.3178
mrubenstein@jonesday.com

Ashley Niebur Sharp (*pro hac vice forthcoming*)
ILLINOIS CREDIT UNION LEAGUE
225 South College, Suite 200
Springfield, Illinois 62704
Telephone: +1.217.372.7555
Ashley.Sharp@ICUL.com

Boris Bershteyn (*pro hac vice*)
Kamali P. Willett (*pro hac vice*)
Sam Auld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
kamali.willett@skadden.com
sam.auld@skadden.com

Amy Van Gelder (N.D. Ill. 6279958)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
320 South Canal Street

Chicago, IL 60606
amy.vangelder@skadden.com

*Attorneys for Illinois Bankers Association,*
*American Bankers Association, America's*
*Credit Unions, and Illinois Credit Union*
*League*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Bethany K. Biesenthal*

*Attorney for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*