UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS, and ILLINOIS CREDIT UNION LEAGUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General,<br><br>*Defendant*. | Case No. 1:24-cv-07307<br><br>Hon. Virginia M. Kendall |

**JOINT MOTION TO SET A BRIEFING SCHEDULE
ON PROPOSED INTERVENOR DEFENDANTS' MOTION TO INTERVENE**

Plaintiffs Illinois Bankers Association ("IBA"), American Bankers Association ("ABA"), America's Credit Unions ("ACU"), and Illinois Credit Union League ("ICUL"), and Proposed Intervenor Defendants Illinois Retail Merchants Association ("IRMA"), Illinois Fuel and Retail Association ("IFRA"), National Association of Convenience Stores ("NACS"), National Retail Federation ("NRF"), and Food Marketplace Inc. dba FMI-the Food Industry Association ("FMI"), respectfully submit this joint motion to set a briefing schedule on Proposed Intervenor Defendants' Motion to Intervene. In support of this joint motion, the Parties state as follows:

1. On August 20, 2024, Plaintiffs filed a Motion for a Preliminary Injunction seeking to enjoin Defendant Kwame Raoul, in his official capacity as Illinois Attorney General, from enforcing the IFPA as to any "issuer," "payment card network," "acquirer bank," "processor," or "other designated entity," *see* 815 ILCS 151/150-10(a), 150-15(a), as well as any other participants in the payment system needed to afford complete relief while this case is pending (Dckt. No. 15).

2. On August 21, 2024, Plaintiffs filed their Memorandum in support of their Motion for a Preliminary Injunction (Dckt. No. 24).

3. On October 4, 2024, Proposed Intervenor Defendants filed a Motion to Intervene as Defendants or, in the Alternative, Motion for Leave to File Brief as Amici Curiae (Dckt. No. 73).

4. The Parties, having conferred on October 7, 2024, believe that having the motion fully briefed for the Court in advance of the October 30, 2024 hearing will simplify proceedings and avoid undue delay. Accordingly, the Parties propose the following briefing schedule on Proposed Intervenor Defendants' Motion to Intervene:

    a. Plaintiffs will file a response in opposition to Proposed Intervenor Defendants' Motion to Intervene by October 11, 2024.

    b. Proposed Intervenor Defendants will file a reply in support of their Motion to Intervene by October 18, 2024.

WHEREFORE, for the above-described reasons, the Parties respectfully request that the Court grant their joint motion to set a briefing schedule on Proposed Intervenor Defendants' Motion to Intervene.

Dated: October 7, 2024

Respectfully submitted,

/s/ *Bethany K. Biesenthal*

Bethany K. Biesenthal (N.D. Ill. 6282529)
Shea F. Spreyer (N.D. Ill. 6335869)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
bbiesenthal@jonesday.com
sfspreyer@jonesday.com

Carolyn Settanni (*pro hac vice*)
ILLINOIS BANKERS ASSOCIATION
194 East Delaware Place, Ste. 500
Chicago, IL 60611
Telephone: +1.312.453.0167
csettanni@illinois.bank

Thomas Pinder (*pro hac vice*)
Andrew Doersam (*pro hac vice*)
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave NW
Washington, DC 20036
Telephone: +1.202.663.5035
TPinder@aba.com
adoersam@aba.com

Charlotte H. Taylor (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Ann C. Petros (*pro hac vice*)
Carrie R. Hunt (*pro hac vice*)
AMERICA'S CREDIT UNIONS
4703 Madison Yards Way, Suite 300
Madison, WI 53705
Telephone: +1.703.581.4254
APetros@americascreditunions.org
chunt@americascreditunions.org

Matthew J. Rubenstein (*pro hac vice*)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: +1.612.217.8800
Facsimile: +1.844.345.3178
mrubenstein@jonesday.com

Ashley Niebur Sharp (*pro hac vice forthcoming*)
ILLINOIS CREDIT UNION LEAGUE
225 South College, Suite 200
Springfield, Illinois 62704
Telephone: +1.217.372.7555
Ashley.Sharp@ICUL.com

Boris Bershteyn (*pro hac vice*)
Kamali P. Willett (*pro hac vice*)
Sam Auld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
kamali.willett@skadden.com
sam.auld@skadden.com

Amy Van Gelder (N.D. Ill. 6279958)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
320 South Canal Street

Chicago, IL 60606
amy.vangelder@skadden.com

*Attorneys for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*

/s/ *Owen Glist (with consent)*
Owen Glist (*pro hac vice forthcoming*)
CONSTANTINE CANNON LLP
6 E 43rd St Fl. 26
New York, NY 10017
Tel.: (212) 350-2700
Fax: (212) 350-2701
oglist@constantinecannon.com

Paul E. Slater
David P. Germaine
Sperling & Slater, LLC
55 W. Monroe Street, 32nd Floor
Chicago, IL 60603
Tel: (312) 641-3200
pes@sperling-law.com

Jeffrey I. Shinder (*pro hac vice forthcoming*)
SHINDER CANTOR LERNER LLP
14 Penn Plaza, Suite 1900
New York, NY 10122
Tel.: (646) 960-8602
jeffrey@scl-llp.com

Patrick M. Kennedy (*pro hac vice forthcoming*)
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., NW, 1300N
Washington, D.C. 20004
Tel.: (202) 204-3500
Fax: (202) 204-3501
pkennedy@constantinecannon.com

*Attorneys for Illinois Retail Merchants Association, Illinois Fuel and Retail Association, National Association of Convenience Stores, the National Retail Federation, and Food Marketplace Inc. dba FMI-the Food Industry Association*

4

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 7, 2024, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Bethany K. Biesenthal*

*Attorney for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*

5