**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS, and ILLINOIS CREDIT UNION LEAGUE, | |
| *Plaintiffs,* | |
| v. | Case No. 1:24-cv-07307 |
| KWAME RAOUL, in his official capacity as Illinois Attorney General, | |
| *Defendant.* | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF MAX BONICI AS COUNSEL FOR AMICUS CURIAE ELECTRONIC TRANSACTIONS ASSOCIATION**

Pursuant to Local Rule 83.17, the Electronic Transactions Association ("ETA") respectfully requests leave of court to withdraw the appearance of Max Bonici as one of its attorneys of record in the above-referenced matter. Attorneys at Venable LLP have appearances on file and will continue to represent ETA.

WHEREFORE, ETA requests that this Court grant Max Bonici leave to withdraw as counsel for ETA in this matter and enter an order withdrawing Max Bonici's appearance as counsel for ETA in this matter.

Dated: November 5, 2024        Respectfully submitted,

/s/ Sean J.B. Franzblau
VENABLE LLP
Sean J.B. Franzblau (No. 6305954)
227 W. Monroe Street, Suite 1900
Chicago, IL 60606
Telephone: (312) 820-3400
Fax: (312) 820-3401
SJFranzblau@Venable.com

Leonard L. Gordon (*pro hac vice*)
151 W. 42nd Street, 49th Floor

-1-

New York, NY 10036
Telephone: (212) 307-5500
Fax: (212) 307-5598
LLGordon@Venable.com

Elizabeth C. Rinehart (*pro hac vice*)
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7400
Fax: (410) 244-7742
LCRinehart@Venable.com


*Counsel for Electronic Transactions Association*