## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Illinois Bankers Association, et al.
                          Plaintiff,

v.                                                Case No.: 1:24–cv–07307
                                                              Honorable Virginia M. Kendall

Kwame Raoul
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 7, 2025:

      MINUTE entry before the Honorable Virginia M. Kendall. Defendant's Unopposed Motion for extension of time to Answer Complaint [107] is granted. Answer shall be filed by 1/31/2025. Status hearing is reset for 2/4/2025 at 9:30 AM. Motion and Status hearing set for 1/15/2025 are stricken. Attorney Ashley Sharp's Motion to appear pro hac vice [101] is granted. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.