UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS, and ILLINOIS CREDIT UNION LEAGUE,<br><br>*Plaintiffs*,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General,<br><br>*Defendant*. | Case No. 1:24-cv-07307<br><br>Hon. Virginia M. Kendall |

### JOINT MOTION TO CONTINUE THE MARCH 18, 2025 STATUS HEARING

Plaintiffs Illinois Bankers Association ("IBA"), American Bankers Association ("ABA"), America's Credit Unions ("ACU"), and Illinois Credit Union League ("ICUL"), and Defendant Kwame Raoul, in his official capacity as Illinois Attorney General, respectfully submit this joint motion to defer the March 18, 2025 status hearing. In support of this joint motion, the parties state as follows:

1. On August 20, 2024, Plaintiffs filed a preliminary injunction motion seeking to preclude the Attorney General from enforcing the Illinois Interchange Fee Prohibition Act ("IFPA") as to any "issuer," "payment card network," "acquirer bank," "processor," or "other designated entity," *see* 815 ILCS 151/150-10(a), 150-15(a), as well as any other participants in the payment system needed to afford complete relief while this case is pending. *See* Dkt. No. 15; Dkt. No. 24. The Attorney General opposed and filed a motion to dismiss. *See* Dkt. No. 75; Dkt. No. 76.

2. On December 20, 2024, the Court issued an order on Plaintiffs' preliminary injunction motion and the Attorney General's motion to dismiss. *See* Dkt. No. 104. The Court

granted each motion in part. See id. at 1. On February 6, 2025, following joint supplemental briefing, the Court issued an order granting Plaintiffs' preliminary injunction motion with respect to out-of-state state banks and denying the motion with respect to federal credit unions. See Dkt. No. 115.

3. Plaintiffs intend to file a motion for expedited summary judgment, which is due on March 17, 2025. See Dkt. No. 118. The parties are currently scheduled for a status conference the following day on March 18, 2025. Id. Under this current schedule, the Attorney General would not have sufficient time to review Plaintiffs' motion and formulate a position on the proper next steps before the March 18, 2025 status conference. In addition, the time between the filing of Plaintiffs' motion for summary judgment on March 17, 2025 and the currently scheduled March 18, 2025 status conference does not provide enough time for the parties to confer on additional proceedings on summary judgment or, in the alternative, a case management plan.

4. Having conferred, the parties propose that Plaintiffs notice their motion for presentment for March 25, 2025 at 9:30 am, and that the March 18, 2025 status hearing be continued to this date, to allow sufficient time for Defendant to review the motion and for the parties to confer on a schedule for additional proceedings on summary judgment or, in the alternative, a case management plan. The parties intend to present their scheduling proposal (or proposals) to the Court at the March 25, 2025 presentment hearing if this joint motion is granted.

5. In light of the parties' above-described proposal regarding summary judgment, the parties propose to defer the March 18, 2025 status hearing to the March 25, 2025 presentment hearing for Plaintiffs' forthcoming motion for summary judgment.

WHEREFORE, for the above-described reasons, the parties respectfully request that the Court grant their joint motion to defer the March 18, 2025 status hearing to the presentment hearing

2

for Plaintiffs' forthcoming motion for summary judgment, which Plaintiffs will notice for March 25, 2025 at 9:30 am.

| | |
|---|---|
| Dated: March 12, 2025 | Respectfully submitted, |
| | /s/ *Bethany K. Biesenthal* |

Carolyn Settanni (*pro hac vice*)
ILLINOIS BANKERS ASSOCIATION
194 East Delaware Place, Ste. 500
Chicago, IL 60611
Telephone: +1.312.453.0167
csettanni@illinois.bank

Thomas Pinder (*pro hac vice*)
Andrew Doersam (*pro hac vice*)
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave NW
Washington, DC 20036
Telephone: +1.202.663.5035
TPinder@aba.com
adoersam@aba.com

Ann C. Petros (*pro hac vice*)
Carrie R. Hunt (*pro hac vice*)
AMERICA'S CREDIT UNIONS
4703 Madison Yards Way, Suite 300
Madison, WI 53705
Telephone: +1.703.581.4254
APetros@americascreditunions.org
chunt@americascreditunions.org

Ashley Niebur Sharp (*pro hac vice*)
ILLINOIS CREDIT UNION LEAGUE
225 South College, Suite 200
Springfield, Illinois 62704
Telephone: +1.217.372.7555
Ashley.Sharp@ICUL.com

Bethany K. Biesenthal (N.D. Ill. 6282529)
Shea F. Spreyer (N.D. Ill. 6335869)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
bbiesenthal@jonesday.com
sfspreyer@jonesday.com

Charlotte H. Taylor (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Matthew J. Rubenstein (*pro hac vice*)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: +1.612.217.8800
Facsimile: +1.844.345.3178
mrubenstein@jonesday.com

Boris Bershteyn (*pro hac vice*)
Kamali P. Willett (*pro hac vice*)
Sam Auld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
kamali.willett@skadden.com
sam.auld@skadden.com

Amy Van Gelder (N.D. Ill. 6279958)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
320 South Canal Street

Chicago, IL 60606
amy.vangelder@skadden.com

*Attorneys for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*


/s/ *Darren Kinkead (with consent)*

R. Douglas Rees
Alex Hemmer
Darren Kinkead
Office of the Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.kinkead@ilag.gov

*Attorneys for Kwame Raoul in his Official Capacity as Illinois Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 12, 2025, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Bethany K. Biesenthal*

*Attorney for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*