UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS, and ILLINOIS CREDIT UNION LEAGUE,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General,<br><br>   *Defendant*. | Case No. 1:24-cv-07307<br><br>Hon. Virginia M. Kendall |

## JOINT STATUS REPORT ON ORAL ARGUMENT SCHEDULING

Pursuant to the Courtroom Deputy's July 14, 2025 request, Plaintiffs Illinois Bankers Association ("IBA"), American Bankers Association ("ABA"), America's Credit Unions ("ACU"), and Illinois Credit Union League ("ICUL"), and Defendant Kwame Raoul, in his official capacity as Illinois Attorney General, respectfully submit this joint status report to propose dates for oral argument on the parties' cross-motions for summary judgment.

1. On May 16, 2025, Plaintiffs filed an unopposed motion to schedule any oral argument on the parties' cross-motions for summary judgment in June 2025, based on the then-pending July 1, 2025 effective date of the Illinois Interchange Fee Prohibition Act ("IFPA"). *See* Dkt. No. 149.

2. Although the Court granted Plaintiffs' request to schedule oral argument, it was unable to proceed during the proposed dates and directed the parties to coordinate directly with the Courtroom Deputy to schedule the date, time, and length of oral argument. *See* Dkt. No. 152.

3. During the parties' discussions with each other and the Courtroom Deputy, the Illinois General Assembly passed legislation (House Bill 742), extending the effective date of the

1

IFPA from July 1, 2025 to July 1, 2026. The Governor signed the legislation into law as [Public Act 104-4](#) on June 16, 2025.

4. In light of the IFPA's new effective date, the parties conferred with the Courtroom Deputy again on June 23, 2025 to determine whether the Court preferred to hold oral argument over the summer or in the fall. On July 14, 2025, the Deputy indicated that the Court would be available during the weeks of October 13 and October 20, 2025, and requested that the parties file a joint status report regarding proposed dates and an estimated length of argument.

5. Accordingly, the parties propose 90 minutes of oral argument (45 minutes per side) on October 14 or 15, 2025, subject to the Court's availability and preferences. Alternatively, the parties are also available on October 22, 23, or 24, 2025.

Dated: July 18, 2025

Carolyn Settanni (*pro hac vice*)
ILLINOIS BANKERS ASSOCIATION
194 East Delaware Place, Ste. 500
Chicago, IL 60611
Telephone: +1.312.453.0167
csettanni@illinois.bank

Thomas Pinder (*pro hac vice*)
Andrew Doersam (*pro hac vice*)
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave NW
Washington, DC 20036
Telephone: +1.202.663.5035
TPinder@aba.com
adoersam@aba.com

Ann C. Petros (*pro hac vice*)
Carrie R. Hunt (*pro hac vice*)
AMERICA'S CREDIT UNIONS
4703 Madison Yards Way, Suite 300
Madison, WI 53705
Telephone: +1.703.581.4254
APetros@americascreditunions.org
chunt@americascreditunions.org

Ashley Niebur Sharp (*pro hac vice*)
ILLINOIS CREDIT UNION LEAGUE
225 South College, Suite 200
Springfield, Illinois 62704
Telephone: +1.217.372.7555
Ashley.Sharp@ICUL.com

Respectfully submitted,

/s/ *Bethany K. Biesenthal*
Bethany K. Biesenthal (N.D. Ill. 6282529)
Shea F. Spreyer (N.D. Ill. 6335869)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
bbiesenthal@jonesday.com
sfspreyer@jonesday.com

Charlotte H. Taylor (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Matthew J. Rubenstein (*pro hac vice*)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: +1.612.217.8800
Facsimile: +1.844.345.3178
mrubenstein@jonesday.com

Boris Bershteyn (*pro hac vice*)
Kamali P. Willett (*pro hac vice*)
Sam Auld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
kamali.willett@skadden.com
sam.auld@skadden.com

Amy Van Gelder (N.D. Ill. 6279958)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
320 South Canal Street

Chicago, IL 60606
amy.vangelder@skadden.com

*Attorneys for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*

/s/ *Darren Kinkead (with consent)*

R. Douglas Rees
Alex Hemmer
Darren Kinkead
Office of the Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.kinkead@ilag.gov

*Attorneys for Kwame Raoul in his Official Capacity as Illinois Attorney General*

## CERTIFICATE OF SERVICE

      I hereby certify that, on July 18, 2025, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

      /s/ *Bethany K. Biesenthal*

*Attorney for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*

5