**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Illinois Bankers Association, et al.

                          Plaintiff,

v.                                                    Case No.: 1:24–cv–07307
                                                      Honorable Virginia M. Kendall

Kwame Raoul

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2025:

        MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Joint Status Report [156], Oral Argument regarding Parties' Cross Motions for Summary Judgment is scheduled for 10/22/2025 at 12:30 PM which will proceed in Courtroom 2541. Parties advised hearing would be approximately 90 minutes. Status hearing set for 8/21/2025 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.