IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS BANKERS ASSOCIATION, AMERICAN BANKERS ASSOCIATION, AMERICA'S CREDIT UNIONS and ILLINOIS CREDIT LEAGUE,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>KWAME RAOUL, in his official capacity as Illinois Attorney General,<br><br>    *Defendant*. | Case No. 1:24-cv-07307<br><br>Hon. Virginia M. Kendall |

**PLAINTIFFS' NOTICE REGARDING SUPPLEMENTAL RESPONSE TO RETAIL ASSOCIATIONS' MOTION FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

  Plaintiffs Illinois Bankers Association ("IBA"), American Bankers Association ("ABA"), America's Credit Unions ("ACU"), and Illinois Credit Union League ("ICUL") respectfully notify the Court that, following the Court's reinstatement of the Motion for Leave to Participate in Oral Argument by Amici Curiae Illinois Retail Merchants Association, Illinois Fuel and Retail Association, National Association of Convenience Stores, National Retail Federation, and Food Marketplace Inc. d/b/a FMI-The Food Industry Association's (collectively, the "Retail Associations") and the Court's order setting a deadline for any response or supplemental response (Dkt. 166), Plaintiffs do not intend to supplement their opposition and will rely on their previously filed memorandum in opposition to the Retail Associations' motion (Dkt. 164). For all of the reasons set forth in Plaintiffs' previously filed memorandum (Dkt. 164), the Court should deny the Retail Associations' motion to participate in oral argument.

1

Dated: October 6, 2025

Carolyn Settanni (*pro hac vice*)
ILLINOIS BANKERS ASSOCIATION
194 East Delaware Place, Ste. 500
Chicago, IL 60611
Telephone: +1.312.453.0167
csettanni@illinois.bank

Thomas Pinder (*pro hac vice*)
Andrew Doersam (*pro hac vice*)
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave NW
Washington, DC 20036
Telephone: +1.202.663.5035
TPinder@aba.com
adoersam@aba.com

Ann C. Petros (*pro hac vice*)
AMERICA'S CREDIT UNIONS
4703 Madison Yards Way, Suite 300
Madison, WI 53705
Telephone: +1.703.581.4254
APetros@americascreditunions.org
chunt@americascreditunions.org

Ashley Niebur Sharp (*pro hac vice*)
ILLINOIS CREDIT UNION LEAGUE
225 South College, Suite 200
Springfield, Illinois 62704
Telephone: +1.217.372.7555
Ashley.Sharp@ICUL.com

Respectfully submitted,

/s/ *Bethany K. Biesenthal*
Bethany K. Biesenthal (N.D. Ill. 6282529)
Shea F. Spreyer (N.D. Ill. 6335869)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
bbiesenthal@jonesday.com
sfspreyer@jonesday.com

Charlotte H. Taylor (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Matthew J. Rubenstein (*pro hac vice*)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: +1.612.217.8800
Facsimile: +1.844.345.3178
mrubenstein@jonesday.com

Boris Bershteyn (*pro hac vice*)
Kamali P. Willett (*pro hac vice*)
Sam Auld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
kamali.willett@skadden.com
sam.auld@skadden.com

Amy Van Gelder (N.D. Ill. 6279958)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
320 South Canal Street

Chicago, IL 60606
amy.vangelder@skadden.com

*Attorneys for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 6, 2025, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

                                               /s/ *Bethany K. Biesenthal*

                                               *Attorney for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*