**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

ILLINOIS BANKERS ASSOCIATION,
AMERICAN BANKERS ASSOCIATION,
AMERICA'S CREDIT UNIONS, and
ILLINOIS CREDIT UNION LEAGUE,

        *Plaintiffs*,

    v.

KWAME RAOUL, in his official capacity as
Illinois Attorney General,

        *Defendant*.

Case No. 1:24-cv-07307

Hon. Virginia M. Kendall

**MOTION FOR ORAL ARGUMENT ON**
**SUPPLEMENTAL SUBMISSIONS FOLLOWING REMAND**

Now that the Court has received the supplemental submissions of the parties and their *amici*, Plaintiffs respectfully reiterate their request that the Court resolve the question posed by the Seventh Circuit on remand no later than June 3, in light of the "drastic actions" financial institutions are forced to consider as the Interchange Fee Prohibition Act's July 1 effective date approaches. Dkt. No. 218 at 3. In light of those potential drastic actions and other considerations, Plaintiffs respectfully submit that the first of the approaches proposed by amicus Office of the Comptroller of the Currency—deferring decision on remand until July 1, Dkt. No. 219-1 at 3-8— is neither practicable nor legally compelled. Plaintiffs stand ready to present oral argument on this issue (and any other matter helpful to the Court) at any time before June 3.

On May 26, 2026, Plaintiffs' counsel conferred with Defendant's counsel regarding this motion. Defendant's counsel requested Plaintiffs' counsel to state his position as follows: The Attorney General opposes plaintiffs' motion because scheduling an argument on a few days' notice is impracticable and overly burdensome in view of the expected benefits. For an argument to occur

in the next six business days, as plaintiffs request, it is likely that both the Court and counsel will be required to set aside other matters and reschedule other commitments. Further, argument is unnecessary given the limited issues that prompted the Seventh Circuit's remand and the parties' focused briefing.

Dated:        May 27, 2026

Respectfully submitted,

/s/ *Bethany K. Biesenthal*

Carolyn Settanni (*pro hac vice*)
ILLINOIS BANKERS ASSOCIATION
194 East Delaware Place, Ste. 500
Chicago, IL 60611
Telephone: +1.312.453.0167
csettanni@illinois.bank

Thomas Pinder (*pro hac vice*)
Andrew Doersam (*pro hac vice*)
AMERICAN BANKERS ASSOCIATION
1333 New Hampshire Ave NW
Washington, DC 20036
Telephone: +1.202.663.5035
TPinder@aba.com
adoersam@aba.com

Ann C. Petros (*pro hac vice*)
AMERICA'S CREDIT UNIONS
4703 Madison Yards Way, Suite 300
Madison, WI 53705
Telephone: +1.703.581.4254
APetros@americascreditunions.org
chunt@americascreditunions.org

Ashley Niebur Sharp (*pro hac vice*)
ILLINOIS CREDIT UNION LEAGUE
225 South College, Suite 200
Springfield, Illinois 62704
Telephone: +1.217.372.7555
Ashley.Sharp@ICUL.com

Bethany K. Biesenthal (N.D. Ill. 6282529)
Shea F. Spreyer (N.D. Ill. 6335869)
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
bbiesenthal@jonesday.com
sfspreyer@jonesday.com

Charlotte H. Taylor (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC  20001
Telephone: +1.202.879.3939
Facsimile: +1.202.626.1700
ctaylor@jonesday.com

Matthew J. Rubenstein (*pro hac vice*)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: +1.612.217.8800
Facsimile: +1.844.345.3178
mrubenstein@jonesday.com

Boris Bershteyn (*pro hac vice*)
Kamali P. Willett (*pro hac vice*)
Sam Auld (*pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
boris.bershteyn@skadden.com
kamali.willett@skadden.com
sam.auld@skadden.com

Amy Van Gelder (N.D. Ill. 6279958)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
320 South Canal Street

3

Chicago, IL 60606
amy.vangelder@skadden.com

*Attorneys for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 27, 2026, a copy of the foregoing was filed using the CM/ECF system.

/s/ *Bethany K. Biesenthal*

*Attorney for Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League*

5