**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ILLINOIS BANKERS ASSOCIATION et al., | ) ) ) | |
| | ) | No. 24 C 7307 |
| *Plaintiffs*, | ) | |
| v. | ) | Chief Judge Virginia M. Kendall |
| | ) | |
| KWAME RAOUL, in his official capacity as Illinois Attorney General, | ) ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER ENTERING A PERMANENT INJUNCTION**

WHEREAS, on August 15, 2024, Plaintiffs Illinois Bankers Association, American Bankers Association, America's Credit Unions, and Illinois Credit Union League brought this action against Defendant Kwame Raoul in his official capacity as Illinois Attorney General and challenged the Illinois Interchange Fee Prohibition Act's, 815 ILCS 151/150-1 et seq. ("IFPA") Interchange Fee Prohibition and Data Usage Limitation Provisions as unlawful (Dkt. 1);

WHEREAS, on February 10, 2026, the Court issued a Memorandum Opinion & Order granting in part and denying in part the Parties' summary judgment motions and permanently enjoining Defendant from enforcing the IFPA's Data Usage Limitation in certain respects. (Dkt. 179.) On June 1, 2026, the Court issued a second Opinion after the Seventh Circuit vacated the February ruling and directed this Court to review the issues anew in light of the novel federal regulatory actions that occurred in late April 2026;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1

1. Defendant Kwame Raoul, in his official capacity as Illinois Attorney General, is PERMANENTLY ENJOINED from enforcing the IFPA's Data Usage Limitation against (1) national banks; (2) (1) national banks; (2) banks chartered by states other than Illinois that are subject to Riegle-Neal, 12 U.S.C. § 1831a(j)(1); (3) federal savings associations; (4) federal credit unions; and (5) other entities participating in an electronic payment transaction, such as Payment Card Networks and processors, to the extent they are carrying out the functions that facilitate the powers of any of the foregoing entities implicated by the Data Usage Limitation;

2. Defendant Kwame Raoul, in his official capacity as Illinois Attorney General, is PERMANENTLY ENJOINED from enforcing the IFPA's Interchange Fee Limitation against (1) national banks; (2) banks chartered by states other than Illinois that are subject to Riegle-Neal, 12 U.S.C. § 1831a(j)(1); (3) federal savings associations; and (4) Payment Card Networks;

3. The Parties retain all their rights on appeal to challenge the Court's opinions and orders entered in this case; and,

4. This Court shall retain jurisdiction over the Parties to this Order Entering a Permanent Injunction, and over enforcing the terms of this Order Entering a Permanent Injunction, subject to the Parties' rights to appeal set forth above.

SO ORDERED.

Virginia M. Kendall
United States District Judge

Date: June 10, 2026

2